OFFICE OF THE PLACER COUNTY COUNSEL
Gregory Warner (SBN 282490)
175 Fulweiler Avenue
Auburn, California 95603
Telephone: (530) 889-4044
Facsimile: (530) 889-4069
Email: gwarner@placer.ca.gov

Attorney for Defendant JASON W. LIPPERT,
Placer County Sheriff Deputy

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR BRUCE SHEETS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JASON W. LIPPERT, PLACER COUNTY SHERIFF DEPUTY, and DOES 1 through 100,<br><br>　　　　　　Defendants. | Case No.  2:19-CV-02451-KJM-AC<br><br>**JOINT STIPULATION AND APPLICATION TO MODIFY THE SCHEDULING ORDER AND ORDER**<br><br>Judge:　　　Kimberly J. Mueller<br>Courtroom:　3, 15th Floor |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Taylor Sheets, by and through his attorney of record, Julia Young and Defendants Jason Lippert and the County of Placer, by and through their attorney of record, Greg Warner, that this Court modify the scheduling order by extending each pre-trial date by six months.

　　　　Due to State and local restriction related to the Covid-19 epidemic, the parties encountered significant difficulty with respect to the availability of witnesses, access to clients and materials, and ability to complete routine discovery procedures. As a result, the parties have been unable to complete discovery. At the Scheduling Conference held on March 19, 2020, Parties requested the original

Scheduling Order deadlines without the knowledge or appreciation of the Covid-19 related orders and restriction which were imposed in the weeks following the conference.

There have been no other requests or modifications to the Scheduling Order. The Parties request that the deadlines are modified as follows:

**PROPOSED MODIFICATION TO PRETRIAL DEADLINES**

| MATTER | CURRENT DATE | PROPOSED DATE |
| --- | --- | --- |
| Initial Disclosures | 6/20/2020 | Completed. No modification requested. |
| Fact Discovery | 10/1/2020 | 4/1/2021 |
| Expert Disclosures | 11/2/2020 | 5/3/2021 |
| Rebuttal Experts Disclosures | 11/26/2020 | 5/27/2021 |
| Expert Discovery | 2/1/2021 | 8/2/2021 |
| Dispositive Motions | 4/16/2021 | 10/29/2021 |

**IT IS SO STIPULATED**

Dated: September 30, 2020         OFFICE OF THE PLACER COUNTY COUNSEL


By:___/s/ Gregory Warner_____
   Gregory Warner
   Attorney for Defendant JASON W. LIPPERT


Dated:  September 30, 2020        LAW OFFICES OF JULIA M. YOUNG



By:_____*/s/ Julia M. Young*_____
   JULIA M. YOUNG, Attorney for Plaintiff
   TAYLOR BRUCE SHEETS

///

<u>ORDER</u>

GOOD CAUSE APPEARING, the parties' joint stipulation requesting modification of the Scheduling Order dates is hereby GRANTED.

This order resolves ECF No. 12.

IT IS SO ORDERED.

DATED: October 6, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE