OFFICE OF THE PLACER COUNTY COUNSEL
Gregory Warner (SBN 282490)
175 Fulweiler Avenue
Auburn, California 95603
Telephone: (530) 889-4044
Facsimile: (530) 889-4069
Email: gwarner@placer.ca.gov

Attorney for Defendant JASON W. LIPPERT,
Placer County Sheriff Deputy

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR BRUCE SHEETS,<br><br>Plaintiff,<br><br>v.<br><br>JASON W. LIPPERT, PLACER COUNTY SHERIFF DEPUTY, and DOES 1 through 100,<br><br>Defendants. | Case No.  2:19-CV-02451-KJM-AC<br><br>**JOINT STIPULATION AND APPLICATION TO MODIFY THE SCHEDULING ORDER AND ORDER**<br><br>Judge:          Kimberly J. Mueller<br>Courtroom:   3, 15th Floor |

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Taylor Sheets, by and through his attorney of record, Julia Young and Defendants Jason Lippert and the County of Placer, by and through their attorney of record, Greg Warner, that this Court modify the scheduling order by extending each pre-trial date by six months.

    While the Parties have engaged in written discovery, they have continued to encounter difficulty with respect to the availability of witnesses, access to clients and materials, and ability to complete in-person depositions due to State and local restriction related to the Covid-19 epidemic. As a result, the parties have been unable to complete discovery. At the Scheduling Conference held

on March 19, 2020, Parties requested the original Scheduling Order deadlines without the knowledge or appreciation of the Covid-19 related orders and restriction which were imposed in the weeks following the conference. On October 6, 2020, the Court granted a modification of the original Scheduling Order which, in effect, continued all deadlines approximately six months.

The Parties request that the deadlines are modified as follows:

**PROPOSED MODIFICATION TO PRETRIAL DEADLINES**

| MATTER | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Initial Disclosures | Completed. | Completed. No modification requested. |
| Fact Discovery | 4/1/2021 | 10/1/2021 |
| Expert Disclosures | 5/3/2021 | 11/3/2021 |
| Rebuttal Experts Disclosures | 5/27/2021 | 11/27/2021 |
| Expert Discovery | 8/2/2021 | 2/2/2022 |
| Dispositive Motions | 10/18/2021 | 4/18/2022 |

IT IS SO STIPULATED.

Dated: March 29, 2021         OFFICE OF THE PLACER COUNTY COUNSEL

By: _____/s/ Gregory Warner_____
    GREGORY WARNER
    Attorney for Defendant JASON W. LIPPERT

Dated: March 29, 2021         LAW OFFICES OF JULIA M. YOUNG

By: _____/s/ Julia M. Young_____
    JULIA M. YOUNG, Attorney for Plaintiff
    TAYLOR BRUCE SHEETS

**ORDER**

GOOD CAUSE APPEARING, the parties' joint stipulation requesting modification of the Scheduling Order dates is hereby GRANTED. However, the requested dispositive motion date, April 18, 2022, is not an available civil law and motion date. Therefore, the court sets the final date to hear dispositive motions for the next available date, May 13, 2022. The remainder of the schedule shall be set as parties stipulate.

- Fact Discovery due 10/1/2021
- Expert Disclosures due 11/3/2021
- Rebuttal Experts Disclosures due 11/27/2021
- Expert Discovery due 2/2/2022
- Dispositive Motions Hearing Deadline: 5/13/2022

**IT IS SO ORDERED.**

DATED: April 5, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE