OFFICE OF THE PLACER COUNTY COUNSEL
Gregory Warner (SBN 282490)
175 Fulweiler Avenue
Auburn, California 95603
Telephone: (530) 889-4044
Facsimile: (530) 889-4069
Email: gwarner@placer.ca.gov

Attorney for Defendant, JASON W. LIPPERT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR BRUCE SHEETS,<br><br>                    Plaintiff,<br><br>      v.<br><br>JASON W. LIPPERT, PLACER COUNTY SHERIFF DEPUTY, and DOES 1 through 100,<br><br>                    Defendants. | Case No.  2:19-CV-02451-KJM-AC<br><br>**STIPULATION AND ORDER TO RESET SETTLEMENT CONFERENCE**<br><br>Judge:        Carolyn K. Delaney<br>Courtroom:  24, 8th Floor |

    This matter is set for a Settlement Conference before Magistrate Judge Carolyn K. Delaney on September 27, 2022 at 9:30 a.m. via Zoom. Due to unforeseen circumstances, Defendant's counsel is unavailable on that date. The parties hereby stipulate to vacate the currently scheduled date and reset the Settlement Conference to take place on October 11, 2022 at 9:30 a.m. via Zoom.

Dated: August 29, 2022                      OFFICE OF THE PLACER COUNTY COUNSEL

                                                  By: */s/ Gregory Warner*
                                                       Gregory Warner
                                                       Attorney for Defendant JASON W. LIPPERT

Dated: August 29, 2022                                    LAW OFFICE OF JULIA YOUNG

By:   /s/ Julia Young
       Julia Young
       Attorney for Plaintiff TAYLOR SHEETS

ORDER

Based upon the stipulation of the parties, the Settlement Conference scheduled for September 27, 2022 is continued to October 11, 2022 at 9:30 via Zoom, before Magistrate Judge Carolyn K. Delaney. The parties are instructed to have a principal with full settlement authority present at the settlement conference or to be fully authorized to settle the matter on any terms. The individual with full authority to settle must also have "unfettered discretion and authority" to change the settlement position of the party, if appropriate. The purpose behind requiring the attendance of a person with full settlement authority is that the parties' view of the case may be altered during the face-to-face conference. An authorization to settle for a limited dollar amount or sum certain can be found not to comply with the requirement of full authority to settle. The parties are directed to submit confidential settlement conference statements to the court using the following email address: ckdorders@caed.uscourts.gov. If a party desires to share additional confidential information with the court, they may do so pursuant to the provisions of Local Rule 270(d) and (e). Such statements are due at least 7 days prior to the Settlement Conference. Upon submission of confidential settlement statements, each party shall file on the docket a "Notice of Submission of Settlement Conference Statement."

Dated:  August 30, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE