# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR BRUCE SHEETS,<br><br>Plaintiff,<br><br>vs.<br><br>JASON W. LIPPERT, PLACER COUNTY SHERIFF DEPUTY, and DOES 1 through 100,<br><br>Defendants, | Case No.: 2:19-CV-02451-KJM-AC<br><br>**ORDER GRANTING REQUEST TO FILE DECLARATION OF JULIA M. YOUNG UNDER SEAL PURSUANT TO LOCAL RULE 141 (Fed. R. Civ. P. 5.2, 26)** |

IT IS HEREBY ORDERED that the Declaration of Julia M. Young will be filed under seal given that it contains attorney-client privileged information.

IT IS SO ORDERED.

DATED: November 30, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1