UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR BRUCE SHEETS, | No. 2:19-CV-02451-KJM-AC |
| Plaintiff, | ORDER |
| v. | |
| JASON W. LIPPERT, PLACER COUNTY SHERIFF DEPUTY, and DOES 1 through 100, | |
| Defendants. | |

On October 11, 2022, parties participated in a settlement conference and settled this case. ECF No. 33. However, on December 1, 2022, defendants informed the court plaintiff refuses to sign the settlement agreement. ECF No. 36 (sealed). Thus, **plaintiff is ordered to show cause within fourteen days** why this action should not be dismissed for lack of prosecution under Federal Rule of Civil Procedure 41(b). *See Hernandez v. City of El Monte*, 138 F.3d 393, 399 (9th Cir. 1998) (citing *Henderson v. Duncan*, 779 F.2d 1421 (9th Cir. 1986)).

IT IS SO ORDERED.

DATED: March 22, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

1